UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. PECK, Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 8, AFL-CIO,<br><br>Respondent. | Civil No.  2:09-cv-2494 WBS DAD<br><br><br>ORDER SHORTENING TIME |

It is so ordered:

The above-captioned petition for injunctive relief pursuant to Section 10(l) of the National Labor Relations Act, as amended, 29 U.S.C. Sec. 160(l), shall be heard on **September 11, 2009 at 9:00 a.m. in Courtroom 5 (WBS) before Judge William B. Shubb.** The opposition to the petition shall be filed no later than 12:00 p.m. (Noon ) on Wednesday, September 9, 2009.   The reply, if any, shall be filed no later than 12:00 p.m. (Noon) on Thursday, September 10, 2009.

DATED:  September 4, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Shortening Time
Page 1