UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. PECK, Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                              Petitioner,<br><br>             v.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 8, AFL-CIO,<br><br>                              Respondent. | Civil No. 2:09-cv-02494 WBS DAD<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE |

It is so ordered:

The hearing in the above-captioned case on the petition for injunctive relief pursuant to Section 10(l) of the National Labor Relations Act, as amended, 29 U.S.C. Sec. 160(l), is hereby continued to **November  23, 2009 at 2:00 p.m.**, pending final disposition, and pursuant to the Stipulation Continuing Case filed in this matter and entered into by Petitioner, the Acting Regional Director of Region 20 of the National Labor Relations Board, and Respondent, the International Union of Elevator Constructors, Local 8, AFL-CIO, which is hereby incorporated

as though fully set forth.  In the meantime, the case will remain open on the docket of this Court.  Upon compliance by Respondent with its obligations undertaken hereunder and upon final disposition of the matter here involved pending before the Board as aforesaid, the Petitioner shall cause this proceeding to be dismissed.

        Approved and so Ordered this 10th day of September, 2009.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE